389 A.2d 206

Levy, Appellant, v. Teamsters Pension Trust Fund of Philadelphia & Vicinity et al.

Argued September 21, 1977. Paul Auerbach, for appellant; James D. Crawford, with him James J. Leyden, for appellees.

Order affirmed.

SPAETH, J., dissented.

WATKINS, former P. J., and HOFFMAN, J., did not participate in the consideration or decision of this case.